# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KIMBERLY JOHNSON** : | |
| : | **CIVIL NO. 10-6730** |
| **v.** : | |
| : | |
| **KATHLEEN SEBELIUS, Sec'y of** : | |
| **Health & Human Services** : | |

## ORDER

**AND NOW**, this 13th day of September, 2011, upon consideration of the Plaintiff's Request for Review, and the Defendant's response thereto, and after careful review of the Report and Recommendation of United States Magistrate Jacob P. Hart *(Doc. No. 23)* to which no objections have been made, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Claimant's Request for Review is **DENIED**; and

3. **JUDGMENT SHALL BE ENTERED** in this case in favor of the Defendant.

        **IT IS SO ORDERED.**

        */s/ Paul S. Diamond*

        _____
        **Paul S. Diamond, J.**